UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANTS BANK OF INDIANA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-01800-MPB-MJD ) |
| DAVID L. CRAIK,<br>JASON D. CRAIK,<br>STEPHEN A. SUSKE, | ) ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

Pursuant to the Court's order on this date, the Court now enters **FINAL JUDGMENT** in this action in favor of Defendants and against Plaintiff Merchants Bank of Indiana.

**IT IS SO ORDERED**.

Dated: April 16, 2025

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Jacob V. Bradley
QUARLES & BRADY LLP (Indianapolis)
jacob.bradley@quarles.com

Andrew David Dettmer
Dinsmore & Shohl LLP - Indianapolis
andrew.dettmer@dinsmore.com

Lucy Renee Dollens
QUARLES & BRADY LLP (Indianapolis)
lucy.dollens@quarles.com

Jeffrey M. Monberg
Quarles & Brady LLP
jeff.monberg@quarles.com

David W. Patton
DINSMORE & SHOHL LLP (Indianapolis)
David.Patton@dinsmore.com

John D Waller
DINSMORE & SHOHL LLP (Indianapolis)
john.waller@woodenlawyers.com